UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| TONYA HARRIS, as administratrix of the estate of TORRIS HARRIS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 1:02-CV-385 |
| THE CITY OF CHATTANOOGA, *et al.*, | ) ) | Judge Curtis L. Collier |
| Defendants. | ) | |

## ORDER

In accordance with the accompanying memorandum, Family Mortuary, Inc.'s Motion for Intervention (Court File No. 133) is hereby **DENIED**.

**SO ORDERED**.

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**