UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| TONYA HARRIS, as administratrix of the estate of TORRIS HARRIS,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE CITY OF CHATTANOOGA, *et al.*,  )<br>)<br>Defendants.  ) | No. 1:02-CV-385<br><br>Judge Curtis L. Collier |

## **O R D E R**

The former attorney for Plaintiff Tonya Harris, Robin Ruben Flores ("Flores"), filed a motion to allow disbursement of funds (Court File No. 128). The Court referred the matter to United States Magistrate Judge Susan K. Lee pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) (Court File No. 138). In accordance with Rule 72(b) of the Federal Rules of Civil Procedure, the magistrate judge filed a report and recommendation ("R&R") recommending the motion to allow disbursement of funds be granted (Court File No. 140). Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) & (C), and Rule 72(b), and hereby **ORDERS**:

    A.    Flores' motion to allow disbursement of funds (Court File No. 128) is **GRANTED**;

    B.    The **CLERK** of the Court is hereby authorized and **DIRECTED** to release to Flores

the funds in deposit in the registry of the Court in the principle amount of eleven thousand eight hundred and eighteen dollars and thirty cents ($11,818.30), plus accrued interest, minus any statutory fees.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**